**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                                  **Crim. Action No.: 1:21-CR-25-1
(Judge Kleeh)**

**CHRISTOPHER M. VICKERS,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 42], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On June 3, 2021, the Defendant, Christopher M. Vickers ("Vickers"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts Two and Four of the Superseding Indictment. Count Two charges Vickers with Carjacking, in violation of Title 18, United States Code, Section 2119. Count Four charges Vickers with Use of a Firearm During and in Relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). Vickers stated that he understood that the magistrate judge is not a United States District Judge, and Vickers consented to pleading before the magistrate judge. This Court referred Vickers's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 42], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Vickers's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Vickers was competent to enter a plea, that the plea was freely and voluntarily given, that Vickers was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea.  The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 42] finding a factual basis for the plea and recommending that this Court accept Vickers's plea of guilty to Counts Two and Four of the Superseding Indictment.

The magistrate judge **remanded** Defendant to the custody of the U.S. Marshals Service.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R.  Neither Vickers nor the Government filed objections to the R&R.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 42], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 42], provisionally **ACCEPTS** Vickers's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Counts Two and Four of the Superseding Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Vickers, and prepare a presentence investigation report for the Court;

2. The Government and Vickers shall each provide their narrative descriptions of the offense to the Probation Officer by **July 8, 2021**;

3. The presentence investigation report shall be disclosed to Vickers, his counsel, and the Government on or before **September 8, 2021**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

**USA v. VICKERS**                                                           1:21-cr-25

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 42],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

4. Counsel may file written objections to the presentence investigation report on or before **September 22, 2021;**

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **October 6, 2021;** and

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **October 20, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Vickers on **November 5, 2021,** at **2:30 p.m.,** at the **Clarksburg, West Virginia** point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

**USA v. VICKERS** 1:21-cr-25

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 42], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: June 25, 2021.

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE